

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00094-CR

Joshua Joel **LALUZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1397A
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 9, 2014.

_____
Marialyn Barnard, Justice